# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: ANDREW K. FATTORI    §    Case No. 15-81120
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/23/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 03/04/2016.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,751.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,550.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,550.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 235.42 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 314.58 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 550.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 235.42 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 15,803.00 | 15,821.90 | 15,821.90 | 3,276.85 | 723.15 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE | Uns | 48,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE | Uns | 0.00 | 275,190.44 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK, NA | Uns | 0.00 | 3,396.09 | 3,396.09 | 0.00 | 0.00 |
| NANCY M FATTORI | Pri | 7,130.00 | 11,971.00 | 11,971.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 855.00 | 2,335.17 | 2,335.17 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 402.62 | 402.62 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,435.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 43.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 665.00 | 3,088.12 | 3,088.12 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 926.18 | 926.18 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,140.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SHERMAN HOSPITAL | Uns | 530.20 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 719.45 | 751.95 | 751.95 | 0.00 | 0.00 |
| BENUCK & RAINEY INC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY SYSTEM INC | Uns | 169.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 957.33 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 149.83 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 432.75 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE LLC | Uns | 280.64 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIAGNOSTIC | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 149.40 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA - ILLINOIS PC | Uns | 152.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 149.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 488.00 | 488.00 | 488.00 | 0.00 | 0.00 |
| CITY OF ROLLING MEADOWS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROLLING MEADOWS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 3,015.44 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 36.63 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 1,406.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 528.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 1,079.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE DERMATOLOGY | Uns | 196.00 | NA | NA | 0.00 | 0.00 |
| EMPI INC | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Uns | 113.40 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 764.26 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 532.55 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Uns | 370.29 | NA | NA | 0.00 | 0.00 |
| FNCC | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF JOEL CARDIS LLC | Uns | 409.77 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES | Uns | 1,142.04 | NA | NA | 0.00 | 0.00 |
| MADSEN SUGDEN & | Uns | 1,233.37 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY | Uns | 192.06 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 376.32 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 149.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST BONE & JOINT | Uns | 758.77 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 15.04 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 75.50 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 380.47 | 352.10 | 352.10 | 0.00 | 0.00 |
| RGS COLLECTIONS INC | Uns | 356.33 | NA | NA | 0.00 | 0.00 |
| ROBERT A CHAPSKI LTD | Uns | 13,938.50 | NA | NA | 0.00 | 0.00 |
| RS MEDICAL | Uns | 162.79 | NA | NA | 0.00 | 0.00 |
| SCHMIDT FAITH ORTHODONTICS | Uns | 1,960.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Uns | 123.44 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 313.18 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 1,079.30 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 836.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| SUPERSMILE | Uns | 159.79 | NA | NA | 0.00 | 0.00 |
| TIGER DIRECT | Uns | 85.79 | NA | NA | 0.00 | 0.00 |
| TOWN SQUARE ANESTHESIA LLC | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROSEMONT | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BARRINTON ORTHOPEDIC | Uns | 113.10 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MEN'S HEALTH | Uns | 24.94 | NA | NA | 0.00 | 0.00 |
| QCS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CROSSCHECK INC | Uns | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 243.27 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Pri | 0.00 | 10,779.92 | 10,779.92 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 15,821.90 | $ 3,276.85 | $ 723.15 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,821.90 | $ 3,276.85 | $ 723.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 11,971.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 16,203.21 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 28,174.21 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 7,316.94 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---:|
| Expenses of Administration | $ 550.00 |
| Disbursements to Creditors | $ 4,000.00 |
| **TOTAL DISBURSEMENTS:** | $ 4,550.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 05/23/2016         By: /s/ Lydia S. Meyer
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)